UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bulger et al
        Plaintiff(s)

V.                               CIVIL ACTION NO. 19-10251-RWZ

Portfolio Recovery Associates, LLC
        Defendant(s)

ORDER OF REMAND

In accordance with the Court's allowance of the plaintiff's Motion to Remand on May 15, 2019; it is hereby ORDERED:

Case is REMANDED to Suffolk County Superior Court.

Robert Farrell, Clerk

May 15, 2019                              By: /s/ Matthew M. McKillop
                                                        Deputy Clerk